# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-477-160

**Effective Date of Registration:**
January 07, 2026
**Registration Decision Date:**
January 20, 2026

---

## Title

**Title of Work:**  20170805 - Pink Ribbons and Butterflies Pattern

## Completion/Publication

**Year of Completion:**  2017
**Date of 1st Publication:**  August 07, 2017
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Muhammad Umer Farooq
  **Author Created:**  2-D artwork
  **Citizen of:**  Pakistan

## Copyright Claimant

**Copyright Claimant:**  Muhammad Umer Farooq
House No. 123 Aman Society Phase 2, Jhangiwala Road, Bahawalpur, Pakistan

## Rights and Permissions

**Name:**  Muhammad Umer Farooq
**Email:**  mrhighsky@gmail.com
**Address:**  House No. 123 Aman Society Phase 2, Jhangiwala Road
Bahawalpur  Pakistan

## Certification

**Name:**  David Denholm
**Date:**  January 07, 2026
**Applicant's Tracking Number:**  MF2026010702



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-480-291

**Effective Date of Registration:**
January 07, 2026
**Registration Decision Date:**
February 02, 2026

---

## Title
_____

**Title of Work:**   20220807 - Breast Cancer Supportive Words Pattern

## Completion/Publication
_____

**Year of Completion:** 2022
**Date of 1st Publication:** August 09, 2022
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Muhammad Umer Farooq
  **Author Created:** 2-D artwork
  **Citizen of:** Pakistan

## Copyright Claimant
_____

**Copyright Claimant:** Muhammad Umer Farooq
House No. 123 Aman Society Phase 2, Jhangiwala Road, Bahawalpur, Pakistan

## Rights and Permissions
_____

**Name:** Muhammad Umer Farooq
**Email:** mrhighsky@gmail.com
**Address:** House No. 123 Aman Society Phase 2, Jhangiwala Road
Bahawalpur  Pakistan

## Certification
_____

**Name:** David Denholm
**Date:** January 07, 2026
**Applicant's Tracking Number:** MF2026010701

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-477-156

**Effective Date of Registration:**
January 07, 2026
**Registration Decision Date:**
January 20, 2026

---

## Title

**Title of Work:** 20181105 - Jolly Santa Christmas Pattern

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 05, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Muhammad Umer Farooq
  **Author Created:** 2-D artwork
  **Citizen of:** Pakistan

## Copyright Claimant

**Copyright Claimant:** Muhammad Umer Farooq
House No. 123 Aman Society Phase 2, Jhangiwala Road, Bahawalpur, Pakistan

## Rights and Permissions

**Name:** Muhammad Umer Farooq
**Email:** mrhighsky@gmail.com
**Address:** House No. 123 Aman Society Phase 2, Jhangiwala Road
Bahawalpur  Pakistan

## Certification

**Name:** David Denholm
**Date:** January 07, 2026
**Applicant's Tracking Number:** MF2026010705

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-477-157

**Effective Date of Registration:**
January 07, 2026
**Registration Decision Date:**
January 20, 2026

## Title

| | |
|---|---|
| **Title of Work:** | 20150927 - Halloween Spooky Pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | September 28, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Muhammad Umer Farooq |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Pakistan |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Muhammad Umer Farooq |
| | House No. 123 Aman Society Phase 2, Jhangiwala Road, Bahawalpur, Pakistan |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Muhammad Umer Farooq |
| **Email:** | mrhighsky@gmail.com |
| **Address:** | House No. 123 Aman Society Phase 2, Jhangiwala Road Bahawalpur Pakistan |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 07, 2026 |
| **Applicant's Tracking Number:** | MF2026010704 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-480-355

**Effective Date of Registration:**
January 07, 2026
**Registration Decision Date:**
February 02, 2026

## Title

| | |
|---|---|
| **Title of Work:** | 20180124 - St Patrick's Day Green Pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 24, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Muhammad Umer Farooq |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Pakistan |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Muhammad Umer Farooq |
| | House No. 123 Aman Society Phase 2, Jhangiwala Road, Bahawalpur, Pakistan |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Muhammad Umer Farooq |
| **Email:** | mrhighsky@gmail.com |
| **Address:** | House No. 123 Aman Society Phase 2, Jhangiwala Road |
| | Bahawalpur  Pakistan |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 07, 2026 |
| **Applicant's Tracking Number:** | MF2026010710 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-477-150

**Effective Date of Registration:**
January 07, 2026
**Registration Decision Date:**
January 20, 2026

---

## Title
_____

**Title of Work:** 20200215 - Gothic Skulls Damask Pattern

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** February 23, 2020
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Muhammad Umer Farooq
  **Author Created:** 2-D artwork
  **Citizen of:** Pakistan

## Copyright Claimant
_____

**Copyright Claimant:** Muhammad Umer Farooq
House No. 123 Aman Society Phase 2, Jhangiwala Road, Bahawalpur, Pakistan

## Rights and Permissions
_____

**Name:** Muhammad Umer Farooq
**Email:** mrhighsky@gmail.com
**Address:** House No. 123 Aman Society Phase 2, Jhangiwala Road
Bahawalpur  Pakistan

## Certification
_____

**Name:** David Denholm
**Date:** January 07, 2026
**Applicant's Tracking Number:** MF2026010709

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-477-141

**Effective Date of Registration:**
January 07, 2026
**Registration Decision Date:**
January 20, 2026

## Title

**Title of Work:** 20170429 - Cinco De Mayo Poster

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 30, 2017
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Muhammad Umer Farooq
  **Author Created:** 2-D artwork
  **Citizen of:** Pakistan

## Copyright Claimant

**Copyright Claimant:** Muhammad Umer Farooq
House No. 123 Aman Society Phase 2, Jhangiwala Road, Bahawalpur, Pakistan

## Rights and Permissions

**Name:** Muhammad Umer Farooq
**Email:** mrhighsky@gmail.com
**Address:** House No. 123 Aman Society Phase 2, Jhangiwala Road
Bahawalpur Pakistan

## Certification

**Name:** David Denholm
**Date:** January 07, 2026
**Applicant's Tracking Number:** MF2026010707



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-477-168

**Effective Date of Registration:**
January 07, 2026
**Registration Decision Date:**
January 20, 2026

## Title

**Title of Work:** 20200322 - Skull Butterfly

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 14, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Muhammad Umer Farooq
  **Author Created:** 2-D artwork
  **Citizen of:** Pakistan

## Copyright Claimant

**Copyright Claimant:** Muhammad Umer Farooq
House No. 123 Aman Society Phase 2, Jhangiwala Road, Bahawalpur, Pakistan

## Rights and Permissions

**Name:** Muhammad Umer Farooq
**Email:** mrhighsky@gmail.com
**Address:** House No. 123 Aman Society Phase 2, Jhangiwala Road
Bahawalpur  Pakistan

## Certification

**Name:** David Denholm
**Date:** January 07, 2026
**Applicant's Tracking Number:** MF2026010712

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-477-142

**Effective Date of Registration:**
January 07, 2026
**Registration Decision Date:**
January 20, 2026

## Title
___

**Title of Work:**  20150531 - Baseball Pattern

## Completion/Publication
___

**Year of Completion:** 2015
**Date of 1st Publication:** June 01, 2015
**Nation of 1st Publication:** United States

## Author
___

- **Author:** Muhammad Umer Farooq
  **Author Created:** 2-D artwork
  **Citizen of:** Pakistan

## Copyright Claimant
___

**Copyright Claimant:** Muhammad Umer Farooq
House No. 123 Aman Society Phase 2, Jhangiwala Road, Bahawalpur, Pakistan

## Rights and Permissions
___

**Name:** Muhammad Umer Farooq
**Email:** mrhighsky@gmail.com
**Address:** House No. 123 Aman Society Phase 2, Jhangiwala Road
Bahawalpur  Pakistan

## Certification
___

**Name:** David Denholm
**Date:** January 07, 2026
**Applicant's Tracking Number:** MF2026010708



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-477-143

**Effective Date of Registration:**
January 07, 2026
**Registration Decision Date:**
January 20, 2026

## Title

**Title of Work:** 20150724 - Sleeping Sloth

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 25, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Muhammad Umer Farooq
  **Author Created:** 2-D artwork
  **Citizen of:** Pakistan

## Copyright Claimant

**Copyright Claimant:** Muhammad Umer Farooq
House No. 123 Aman Society Phase 2, Jhangiwala Road, Bahawalpur, Pakistan

## Rights and Permissions

**Name:** Muhammad Umer Farooq
**Email:** mrhighsky@gmail.com
**Address:** House No. 123 Aman Society Phase 2, Jhangiwala Road
Bahawalpur  Pakistan

## Certification

**Name:** David Denholm
**Date:** January 07, 2026
**Applicant's Tracking Number:** MF2026010706

Page 1 of 2

